Case 4:25-cv-00953   Document 13   Filed on 06/23/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRISH JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-00953 |
| | § | |
| AMERICAN ADVISORS GROUP, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**CAME ON TO BE CONSIDERED** this day the Joint Stipulation of Dismissal (the "Stipulation"), filed in this cause by Plaintiff Trish Johnson ("Plaintiff") and Defendant American Advisors Group ("Defendant"). The Court, having considered the Stipulation, determines that the Stipulation should be granted. It is, therefore,

**ORDERED, ADJUDGED and DECREED,** that all of Plaintiff's claims asserted against Defendant are dismissed with prejudice. It is further,

**ORDERED, ADJUDGED and DECREED,** that all relief not granted herein is denied. Defendant may charge its costs and attorney's fees to the loan at issue in this case. This Order constitutes a final judgment in that it finally disposes of all parties and all claims remaining in this cause.

Signed this 23rd day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE